THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS SPURIO, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

DARTS LAKE CORPORATION et al., Plaintiffs, v. THE PEOPLE OF THE STATE OF NEW YORK et al., Defendants. — Submitted controversy dismissed, without costs. Memorandum: The declaration prayed for herein is dependent upon whether or not the proposed plan of cutting and marketing trees constitutes permanent forestry within the meaning of the covenant contained in the deed. The parties have in substance so stipulated in paragraph No. 8 in the submission of facts. Therefore, there is not any controversy submitted to us to decide. All concur. (Submission of controversy in an action for a declaratory judgment.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

WILLIAM H. PUTNAM, Appellant, v. SYRACUSE SAVINGS BANK, Respondent. — Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for damages for personal injuries sustained by plaintiff by reason of his having fallen down a stairway in a house which was leased by defendant to plaintiff's wife for a rooming house.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

## FIRST DEPARTMENT, APRIL, 1944.

### (April 3, 1944.)

EDWARD SOPKIN, Respondent, v. WALGREEN COMPANY OF NEW YORK, INC., Appellant, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

### (April 6, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANK OF NEW YORK, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1939–1940 and 1940–1941.) — Taking all the relevant factors into consideration, we find that the assessed valuations fixed by Special Term should be modified as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1939–40 | $658,000 | $1,530,000 | $2,188,000 |
| 1940–41 | 658,000 | 1,508,000 | 2,166,000 |

As so modified the order appealed from is unanimously affirmed, with twenty dollars costs and disbursements to the appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of VINCENTA J. ESPOSITO, as Executrix of MARIA ESPOSITO, Deceased, Respondent, to Discover Certain Personal Property of Said Deceased. FRANK ESPOSITO, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part. [See post, p. 975.]